AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

HP Pavilion Computer serial # (CNF4381GQ8)

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**
CASE NUMBER:

(Further described below)

I     William R. McDermott     being duly sworn depose and say:

I am a(n)     Special Agent for Federal Bureau of Investigation (FBI)     and have reason to believe
            (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

**HP Pavilion Computer serial # (CNF4381GQ8) , AS FULLY DESCRIBED IN THE ATTACHED AFFIDAVIT**

concerning a violation of Title  18  United States Code, Section(s) § 2423. The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

Continued on the attached sheet and made a part hereof.     ☒ YES    ☐ NO

BRUCE R. HEGYI
Federal Major Crimes Section
(202) 305-9637

Signature of Affiant
WILLIAM R. MCDERMOTT, SPECIAL AGENT
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer
AO93(Rev.5/85)Search Warrant

Signature of Judicial Officer