# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

HP Pavilion Computer serial #

## SEARCH WARRANT
CASE NUMBER:

06 - 389 - M - 01

TO:  __William R. McDermott__  and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent William R. McDermott_ who has reason to believe that
☐ on the person or ☒ on the premises known as (name, description and or location)

**HP Pavilion Computer serial** One HP Pavilion, model number, id
S he Computer is 17" and is grey and black in color.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

As morefully described in Attachment B of Affidavit.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___SEP 09 2006___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 31 2006    at Washington, D.C.

Date and Time Issued

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer            Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/31/2006 | 9/7/2006 1:00p | |

INVENTORY MADE IN THE PRESENCE OF  Items In FBI Control

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

One music video DVD
One Image of Toshiba Hard Drive
Model #
Serial #

**FILED**

SEP 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]* John M Facciola    09/14/06
U.S. Judge or U.S. Magistrate Judge    Date